**Louis Owen COOPER v. Patricia Ann COOPER, No. 86-80**

March 14, 1980. Pursuant to defendant's PETITION FOR EXTRAORDINARY RELIEF, dated February 8, 1980, and after consideration of the representations of counsel, on February 8, 1980, based upon the oral agreement of counsel, I orally amend the Order of the Chittenden Superior Court, dated February 7, 1980, as follows:

Pending completion of the hearing and the issuance of a Temporary Order in this cause, and without prejudice to the rights of either party, defendant shall vacate the residential premises and plaintiff shall have custody of the minor children.

*Plaintiff shall pay to the defendant the sum of Fifty Dollars ($50.00) per day until February 15, 1980, the date scheduled for reconvening of the temporary hearing.*

Hill, J.

**NORTHEAST WELL DRILLING, INC. v. Patricia and Frederick SAFKA, No. 49-80**

March 18, 1980. Appellant's motion to amend the notice of appeal to include amended findings, conclusions and order below is granted.

Billings, J.

**Bonnie WEST v. Steven E. WEST, No. 63-80**

March 18, 1980. The motion for a stay is denied, it not clearly appearing that the appellant's contention would prevail on appeal. See *In re Petition of Allied Power & Light Co.*, 132 Vt. 554, 556, 326 A.2d 160, 162 (1974). Appellant relies on the application of V.R.C.P. 6(e) to extend the period within which a request for findings may be filed. Such a request must be filed within 5 days "after notice of the decision." V.R.C.P. 52(a). But service of a notice of decision is not required. V.R.C.P. 5(a). Therefore V.R.C.P. 6(e) does not apply.

Hill, J.

**STATE of Vermont v. Anthony N. DORIA, No. 332-78**

March 20, 1980. Appeal dismissed for failure to comply with the order dated February 5, 1980.

**IN RE ESTATE OF Dora L. EXNER, No. 346-78**

March 20, 1980. Appeal dismissed for failure to comply with the order dated February 5, 1980.

**IN RE GRIEVANCE OF William HILL, No. 24-79**

March 20, 1980. Appeal dismissed for failure to comply with the progress order dated February 5, 1980.